United States Courts
Southern District of Texas
F I L E D

AUG 2 7 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PONDEROSA ADVISORS, LLC<br>D/B/A B3 INSIGHT, | § <br> § <br> § | |
| *Plaintiff*, | § <br> § | Civil Action No.: \_\_\_\_\_ |
| v. | § <br> § | Jury |
| SOURCEWATER, INC. and<br>CASEE LEMON, | § <br> § | |
| *Defendants*. | | |

## <u>VERIFIED COMPLAINT FOR A CIVIL CASE</u>

Plaintiff Ponderosa Advisors, LLC, d/b/a B3 Insight (, "B3"), brings this Complaint for a Civil Case against Defendants Sourcewater and Casee Lemons, a Sourcewater employee, for violations of, *inter alia,* the Texas Uniform Trade Secret Act and the federal Computer Fraud and Abuse Act.

### INTRODUCTION AND SUMMARY OF ACTION

1.      This action arises out of Defendants' illegal and intentional theft of B3's proprietary databases and related data dictionary, which B3 invested millions of dollars building.

2.      Plaintiff B3 Insight gathers, analyzes, and organizes information about water into proprietary databases.  This data analysis and B3's data dictionary provide invaluable intelligence for smart water management for multiple industries, including oil and gas, real estate, conservation, agriculture, and natural resource management.  B3 combines its expertise in natural resources, resource economics, energy markets, agriculture, and the data economy with data management expertise in order to prepare data insights in a useable format for its clients.

4830-4754-5592.1

3.      B3's competitors have historically failed to provide comparably "structured" data for use within these industries.  'Structured' data, as that term is used here, is shorthand for B3 having analyzed millions of disparate data points, collected from a broad array of primary sources in varying states of quality, into an accurate and useable format that permits better business decisions to be made by B3 customers.  In one example, B3 provides structured data to the oil and gas industry, collecting and processing disparate water data sources into its proprietary platform, OilfieldH2O, for use in visualizing, searching, and analyzing thousands of water use and disposal assets, seismic activity, and other data points that affect oilfield water management decision-making.

4.      OilfieldH2O users can create customized maps with geospatial data, create customized, self-updating dashboards and visualizations enabling project outcome management, import geospatial data for integration into the B3 platform, and export data from the B3 platform for creating analytical reports based on accurate geographic information, which can in turn be used to plan projects with reliable and easily understood data regarding the lifecycle of water in the oil and gas industry.

5.      One example of water data that B3 structures relates to the Permian Basin, an oil producing basin spanning Texas and New Mexico, which is the most prolific oil producing region in the United States and one of the most significant in the world..  Permian oil and gas production has increased since 2007 by more than 270% and 70%, respectively, due in large part to the increased application of horizontal drilling, hydraulic fracture stimulation, and other innovations.  This growth is affected by managing related water also produced from oil wells (known as produced water), which, in turn, is highly reliant on accurate water data for oilfield water

4830-4754-5592.1

management.  B3 is the leader in accurate, structured data regarding water in Texas and New Mexico.

6.    B3 delivers its water data to customers via a number of channels. One channel is the OilfieldH2O Platform mentioned above. In another channel, customers purchase a license to data feeds and are given access to several methods to access B3's proprietary data at scale: through a website enabling manual download of full datasets in .csv format, through File Transfer Protocol (FTP), and "RESTful API" through which the customers can download B3's proprietary data and related information. By using an FTP or API with a license, customers are able to obtain automated updates as new data and reports become available, with the data and reports transferred by operation of the API software rather than requiring a human to know about the availability of data and manually seek a download. By using a manual .csv download with a license, customers are able to access entire proprietary datasets in bulk, which can be valuable to populate historical databases, or when technical staff is unable to establish automated data downloads but access to full datasets is required.

7.    The value of the accurate and actionable data insights B3 provides to its customers through its structured data and analysis thereof is inestimable.  Information about water guides decisions in the oil and gas industry related to hydraulic fracturing, oil well drilling, strategic and business development, environmental and human safety risk, technical understanding of subsurface issues, evaluating seismic concerns, and regulatory compliance.  These questions are answered every day within the oil and gas industry using B3's structured data.

8.    Among its customers leveraging B3 data relating to oilfield water in Texas and New Mexico is the Bureau of Economic Geology (BEG), affiliated with the University of Texas at

Austin.  The BEG is the state geological survey of Texas, and conducts applied research projects related to, among other areas, hydrogeology and seismicity.  This research relies in part on data which is licensed to the BEG by third parties like B3.

9.     In 2018 BEG licensed B3's data related to Texas and New Mexico water from the OilfieldH2O platform to augment its own data collection, and to support its research.  The BEG license initially included only the rights to access B3's web-based data application, OilfieldH2O Platform, including and the ability to manually download limited numbers of records from B3's database, each download initiated manually by downloading results in the OilfieldH2O Platform. After updating its license in 2020, BEG had access to B3's data feeds, through which BEG was able to automate downloads of updated water information from B3 through .csv downloads and API.  BEG has employed at least two geologists who were given access to B3 data, one of whom was Casee Lemons.

10.     When she was an authorized user of the BEG license to B3 products, Ms. Lemons was assigned a specific user name and password, which was unique to her access to B3 data.  Ms. Lemons had access to all of the licensed data and means of accessing that data that was paid for by the BEG license, and by virtue of the unique identifier she was able to download structured data from B3 for use in her hydrogeology research for the BEG.  Ms. Lemons' user name at BEG was Casee.Lemons@beg.utexas.edu.  The user name was under the control of BEG, which maintained its license with B3 after Ms. Lemons left BEG. At the time Ms. Lemons left the BEG, B3 acted to terminate Ms. Lemons' access to B3 data via the OilfieldH2O Platform.  BEG has confirmed with B3 that only two persons at BEG should presently have access to B3 data, neither of whom is Casee Lemons.

11.     Ms. Lemons left BEG in April, 2019.  On information and belief, Ms. Lemons went directly to Sourcewater, and began working for Sourcewater before October 26, 2019. Ms. Lemons remains employed with Sourcewater as of the date this Complaint is filed, and, according to Sourcewater's website, Ms. Lemons is currently the Director of Geoscience with Sourcewater.

12.     Defendant Sourcewater is the principle competitor to B3 for the sale of access to water data for use in in Texas and New Mexico.  Sourcewater states on its website that its mission is "to build digital technologies that improve reliability and efficiency of the upstream energy supply chain while reducing environmental and community impacts."  Its website further states that Sourcewater's founder "saw that the water supply chain would become the primary constraint on and impact of the shale revolution and believed that the innovative application of new digital technologies could reduce the cost, risks, and impact of upstream energy growth."

13.     In one case study posted on its website, a Sourcewater customer is quoted as stating that "[w]hen Sourcewater launched its produced water intelligence product and created the online platform it made [research on water source and rights data] so much easier.  I can't even quantify how much time it saved me.  it was a god send.  I could do a week's worth of research in an afternoon."  A partial list of the data Sourcewater sells which overlaps with the data B3 provides to customers includes groundwater data, Underground Injection Control (UIC) data, permits, basins and aquifers in Texas and New Mexico; geologic fault lines, active intervals of injection, and seismicity risk analysis in the Permian basin; and, downloadable data related to groundwater basins, districts, aquifers, right of way and facility placement, and distance and area measurements.

14.     On information and belief, however, Sourcewater has historically had difficulties with how its data was collected, organized and presented to customers or potential customers.  In

short, the data was not 'structured,' and so the data that Sourcewater could provide to customers did not result in sufficiently accurate and useable decision-making tools. Particularly in comparison to B3, Sourcewater was not able to provide water users with the kind of data-driven intelligence that accurately and most effectively optimized their water use and disposal because of quality issues in its data.

15.    On information and belief, Ms. Lemons was hired at Sourcewater to, *inter alia*, improve the data, products, and data research Sourcewater could provide to customers. Ms. Lemons' LinkedIn profile indicates that she "specialize[s] in showing where oilfield water comes from and goes, both on the surface and under it." Further, Ms. Lemons helps "clients understand where they should move their water for profitability, reliability and sustainability." Ms. Lemons plainly had use at Sourcewater for B3's structured data.

16.    On information and belief, Sourcewater has been unlawfully obtaining B3 data, data dictionary, and API explorer since January of 2021 via Ms. Lemons' credentials from her former employment at the BEG. The combination of the dictionary and API explorer obtained by Ms. Lemons provide a roadmap to reverse engineer B3's proprietary data structure. Ms. Lemons knew that her authorization to utilize her BEG credentials expired when she left BEG. And at least because Ms. Lemons was and is a director at Sourcewater, Sourcewater knew or should have known that Ms. Lemons was using her unauthorized access to B3 data to augment, correct, and 'structure' the Sourcewater databases that it provided to clients for a fee.

17.    On information and belief, Sourcewater has been selling, and continues to sell, data products to customers in the oil and gas business who purchase structured data to manage water in the oil and gas industry. Improved quality of data is critical to Sourcewater's continued operations

as a water data provider, and improvements in its data quality by theft of B3's data has made Sourcewater more competitive with B3, which has caused and/or will cause B3 to lose customers.

18.     Sourcewater's theft of B3's data has also cost B3 the significant advantage it had in data quality.  By using B3's data to shore up its own, less reliable data, Sourcewater has gained in its ability to compete with B3 without needing to invest in the time and resources that would have been required to organize and facilitate the use of its data.  This advantage gained by Sourcewater came at no cost, or almost no cost to Sourcewater, and has resulted in a tremendous saving in data and technology investment, in particular because these structured data stolen from B3 can be used to augment models and algorithms underpinning numerous Sourcewater products. In contrast, B3 expended the time, expense, and labor of many man-years to create an industry leading water data set, which Sourcewater has, on information and belief, now exploited.

## JURISDICTION AND VENUE

19.     Plaintiff B3 Insight is a Colorado limited liability corporation doing business nationally, including in Colorado and Texas.

20.     This Court has personal jurisdiction over Defendant Sourcewater because Sourcewater is a Texas corporation, with its principal place of business located at 801 Travis Street, Suite 1802, Houston, Texas 77002.

21.     This Court has jurisdiction over Casee Lemons because Ms. Lemons is an individual who, on information and belief, was a resident of Texas and lived in the Houston area at the time some of the activity complained of took place. Ms. Lemons also accessed the B3 data that is at issue in this case by virtue of a unique user name and password combination that was

issued to her as an employee of the University of Texas at Austin office of the Bureau of Economic

Geology. Moreover, Ms. Lemons is a director of Sourcewater, which is a Texas corporation.

22.     This Court has subject matter jurisdiction over the case pursuant to 28 U.S.C. §§

1331 and 1338. Specifically, B3 brings this suit under, *inter alia*, the Defend Trade Secrets Act,

18 U.S.C. § 1836 ("DTSA") and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et. seq.*

23.     Plaintiff's relief requested in this suit includes injunctive relief pursuant to federal

statute, and the damages B3 claims exceed $75,000.

24.     Venue is proper in this Court because Defendant Sourcewater is a resident of

Houston, Texas and Ms. Lemons was a resident of Houston, Texas during the time frame in which

B3's data was unlawfully accessed.

**FACTUAL ALLEGATIONS UNDERLYING THE CLAIMS FOR RELIEF**

25.     On July 30, 2021, B3 undertook an analysis of users for its API-accessed data.  On

that date, and for the first time, B3 noted that Ms. Lemons' BEG login was being used to access

B3 data.  The access from Ms. Lemons' user credentials prior to her leaving BEG was through the

BEG system, and was always from behind the University of Texas' firewall, as has all access by

authorized users at the BEG in 2021.  B3's review of access shows that the IP address for BEG's

firewall is located in Austin, Texas.  Exhibit A to this Complaint contains the dates of access, IP

addresses related to the Unauthorized Access, and the locations of the IP addresses were located

at the time of access.

26.     B3 first started collecting data on access to its databases in October of 2019.

Unauthorized access using Ms. Lemons' BEG user name and pass code (herein "Unauthorized

Access") began on January 20, 2021.  B3's log shows that Unauthorized Access was present on

the DB log table, meaning that the username logged into B3's proprietary data websitebut no data was downloaded at that time.  This Unauthorized Access was likely a test to determine if Ms. Lemons' user name and pass code were deactivated. The IP address from which this Unauthorized Access was made was located in Houston, Texas.  *Exhibit A*.

27.   On January 20, 2021, the Unauthorized Access was used to download B3 data.  On this instance,  Unauthorized Access took advantage of the BEG's license previous renewal and having access to .csv downloads of complete datasets and was directed to data.b3insight.com, to the direct-download page.  The user then downloaded the "NewMexicoInjectionNotice version 1" file.  The IP address from which this Unauthorized Access was made was located in Houston, Texas.  Sourcewater sells a product that relies on data related to New Mexico Injection Notice data.

28.   On January 22, 2021, Unauthorized Access was again directed to the direct-download page at data.b3insight.com, where the "NewMexicoInjection version 2" file was downloaded. Again, the IP address from which this Unauthorized Access was made was located in Houston, Texas.  Sourcewater is located in Houston, Texas, and on information and belief Ms. Lemons was living or working in or near Houston, Texas at the time of the January, 2021 Unauthorized Access.

29.   On January 26, 2021, the Unauthorized Access took advantage of the BEG's license previous renewal and having access to a more sophisticated data download tool.  The Unauthorized Access first navigated to the direct-download page where it had previously downloaded database files, then to ftp-access, and then to the "direct-insight-api" page.  The direct insight api page allowed the Unauthorized Access to learn how to use B3's proprietary API tool to set up a direct

communication link between the Unauthorized Access user and B3's computers without alerting B3 employees or management to the connection. An API is an application programming interface which enables businesses to open their applications' data and functionality to business partners. In short, licensees of B3's API-based access system could retrieve data for Texas and New Mexico by requesting the specific data download, or on an automated basis without the need for frequent, manual requests.

30.     Among the data accessed and downloaded by Unauthorized Access on January 26, 2021 was Texas Injection and Disposal version 2 from the direct download page (this was downloaded twice on that date). Additionally, the Unauthorized Access navigated to numerous sections of the B3 Direct Insight API Explorer, including Texas Injection and Disposal, Texas Injection and Disposal summary, P18 Producer Record, and Producing Lease, and other sections, and also accessed B3's data dictionary, which details the definitions and relationships of all data components in B3's data products. Access to all of this data, the API explorer, and the data dictionary is password protected, and Ms. Lemons and Sourcewater knew that use of a password for which Ms. Lemons and Sourcewater had not paid a license fee was both unauthorized and unlawful. At the same time, there were multiple requests made to B3's REST API originating from the same Houston IP address used to access the data and information above.

31.     On February 8, 2021 the Unauthorized Access was directed again to the "direct-download" page from a Houston-based IP address. *Exhibit A.*

32.     On July 7, 2021, a user with an IP address located in Magnolia, Texas, a suburb of Houston, accessed B3's API and downloaded the .zip file containing the entire 'TexasInjectionAndDisposal' v.2 database for an additional time, capturing all updates to the

entire database (including any revisions to historical data) since the last Unauthorized Access. Only Seventy minutes prior to the user from Magnolia accessing B3's site, Unauthorized Access was made in Maumelle, Arkansas, and the Maumelle user navigated to the direct-download page. On information and belief, Ms. Lemons and/or her family live in Maumelle, Arkansas, and Ms. Lemons was in Maumelle at the time of the Unauthorized Access. *Exhibit A.*

33.    On information and belief, at the time of the July 7, 2021 access, Ms. Lemons was working in concert with an unknown user also employed by Sourcewater. Ms. Lemons tested her access to the download page, discovered Unauthorized Access was still possible, and communicated this information to another officer or employee at Sourcewater who then downloaded the 'TexasInjectionAndDisposal' zip file one hour and ten minutes later. *Exhibit A.*

34.    By virtue of these series of unauthorized downloads, Ms. Lemons and Sourcewater have downloaded B3's most valuable databases related to the Texas and New Mexico oil and gas industry's use of water.

35.    As alluded to above, the data in the B3 database is valuable in itself, but the means by which B3 improves and ensures the data's usability and quality is unique in the water data industry, and is where the principal value lies. B3 takes raw data that may be publicly available but difficult to access or integrate and eliminates the barriers to usage for its customers by developing and deploying many proprietary management processes based on tremendous amounts of research and development. The optimization connects raw data points with evaluation of the data's economic value. As water management is one of the most costly aspects of oil production in some parts of Texas and New Mexico, access to B3's data generates significant economic value. Among other means of value creation, B3's analysis and database design allow users to instantly

visualize, search and analyze hundreds of Permian Basin water and disposal assets, and it provides mapping and analysis tools that B3 created and which are proprietary to B3. The data licensed by B3 to its customers is developed and managed to allow customers to apply it to specific, high-value uses.

36.     Sourcewater endeavors to provide its users with structured data for many of the same purposes that B3's users purchase access to B3 databases.  Sourcewater is B3's only direct competitor in the Permian Basin region of Texas and New Mexico, and on information and belief Sourcewater unlawfully accessed B3's data to improve its ability to compete with B3, thus taking customers and potential customers away from B3 and improving its other products and services that rely on high quality, structured data.

## CAUSES OF ACTION

### Count I – Misappropriation of Trade Secrets Pursuant to the Federal Defend Trade Secrets Act, 18 U.S.C. § 1831 (All Defendants)

37.     B3 incorporates the foregoing paragraphs of the Complaint as though fully set forth herein.

38.     The Defend Trade Secrets Act codified at Title 18, Section 1836 of the United States Code provides that "[a]n owner of a trade secret that is misappropriated may bring a civil action under this subsection if the trade secret is related to a product or service used in, or intended for use in, interstate or foreign commerce."

39.     The B3 data and databases that Defendants took from B3 via the Unauthorized Access are trade secrets.  The databases, information tools relating to the databases, and API have independent economic value, actual and potential, from not being generally known to third persons and from not being readily ascertainable except through purchase of a license from B3.  B3 controls

access to its API and data files via a licensing system and contractual agreements with entities such as BEG to limit access to authorized employees via a user name and password.

40.    B3 takes significant measures to protect its trade secrets including, without limitation, requiring a password and user ID to access its databases.  Additional measures B3 takes to protect its data include the following

a)  B3 requires employees to sign confidentiality agreements;

b)  B3 requires terminated employees to return all B3 property;

c)  All credentials for terminated employees are disabled;

d)  Access to B3 data is prohibited after a certain number of failed login attempts are made;

e)  Licensees to B3 data are required to comply with data confidentiality and protection rules;

f)   Standard license terms require destruction of B3 data upon termination of any license; and

g)  B3 acted to terminate Ms. Lemons' access to the then licensed products in April of 2019 when B3 learned that Ms. Lemons was no longer with BEG.

41.    B3's trade secrets include the data and the organization, structure, and analysis of data contained in databases 'TexasInjectionAndDisposal' and other files taken by Defendants. These trade secrets are valuable intellectual property which form the cornerstone of B3's differentiation in the market for water data between itself and competitors with lesser data optimization and analysis such as Sourcewater.

42.     B3's trade secrets are used in interstate commerce, in that they are purchased by customers in numerous states, including Colorado and Texas, as part of the stream of extraction, refinement, and sale of oil and natural gas and diverse related water management concerns.

43.     On information and belief, Defendants have misappropriated B3's trade secrets by acquiring and/or using, among other trade secrets, the 'NewMexicoInjection' v.2 file, the 'TexasInjectionAndDisposal' v.2 file, and others.  Defendants knew or should have known that accessing and acquiring these and other files was done without B3's permission, and by using a user name and pass code combination that Ms. Lemons and Sourcewater had not authorization to use.

44.     B3 has suffered, and will continue to suffer damages for the theft of its trade secrets. These losses include, but are not limited to, lost profits, the cost to reproduce the trade secrets, the value of the trade secrets, diminution of the value of B3 to potential investors, and a reasonable license fee for the unauthorized use of B3's trade secrets.  B3 is also entitled to recover damages for unjust enrichment of Sourcewater and/or Ms. Lemons caused by their misappropriation of B3's trade secrets.  Moreover, because, on information and belief, Ms. Lemons and Sourcewater knowingly used the B3 trade secrets in their business, B3 is entitled to recover as damages any and all revenue Sourcewater generated by acquiring, disclosing, using, incorporating or otherwise benefitting from B3's trade secrets and  databases.

**Count II – Misappropriation of Trade Secrets Pursuant to the Colorado Uniform Trade Secrets Act (All Defendants)**

45.     B3 incorporates the foregoing paragraphs as though fully set forth herein.

46.     Although Defendants accessed B3's trade secrets from Texas and Arkansas, B3 resides in Colorado, many of its employees who maintain the B3 databases live and work in

4830-4754-5592.1

Colorado, and the tort of trade secret misappropriation injured Colorado residents. Accordingly, while this Court is an appropriate venue for this action, the Colorado Uniform Trade Secrets Act applies, and not the Texas Uniform Trade Secrets Act.

47.     B3's trade secrets, set forth in detail above in Count I and incorporated herein, constitute trade secrets as defined by Colorado's Uniform Trade Secrets Act, C.R.S. § 7-74-102(4). These trade secrets include, *inter alia*, B3's collection, optimization, analysis, and organization of data related to water in Texas and New Mexico.

48.     B3's water data and analysis are not available without a B3-authorized license to any individual or company outside of B3. The structured data is valuable to B3, as evidenced by the numerous customers who pay B3 for access to its data and data analysis, including BEG.

49.     B3 protects its trade secrets as defined above in Count I, ¶ 40, incorporated herein, and including requiring confidentiality agreements for all employees, requiring passwords and user names for access to the trade secrets, and maintaining security of its data and analyses via various firewalls accessible only by B3's express permission.

50.     Defendants knew that B3's data was considered a secret by B3, and that access would not be granted to Sourcewater or Ms. Lemons while employed at Sourcewater, even if access were requested. Sourcewater is a direct competitor of B3, and quality of data and analysis is the primary differentiator in the marketplace in which they compete.

51.     Despite knowing that their access was not authorized, Defendants knowingly used an unauthorized user name and pass code assigned to Ms. Lemons while she was employed by an authorized user to access and download the of B3's most valuable data related to Texas and New Mexico. Sourcewater's products related to water data primarily focus on the Texas and New

Mexico region for oil and gas water use and disposal, and the data that was taken corresponds precisely to that market.

52.     Defendants' access to and download of these files constitutes a misappropriation of B3's trade secrets pursuant to C.R.S. § 7-74-101, *et. seq.*

53.     Defendants' misappropriation of B3's trade secrets has caused B3 damages in an amount to be determined at trial, and also in a loss of business and reputation that cannot be remedied only by monetary damages.

**54.**     Defendants' access to B3's trade secrets was done knowingly and willfully, and in conscious disregard of B3's rights to its trade secrets and the money, time, resources and effort that was spent creating its valuable trade secrets.  Accordingly, B3 will seek exemplary damages at trial in addition to actual monetary damages.

### Count III - Civil Theft (All Defendants)

55.     B3 incorporates the foregoing paragraphs as though fully set forth herein.

56.     B3 owns and has the right to control access to its databases, confidential websites, API, information about its data, and analysis of the data at issue in this action.  This access is only granted to third parties with B3's exclusive permission, which only B3 has the right to grant.

57.     Ms. Lemon had a right to access and use B3's property while she was employed at BEG, by virtue of B3's grant to a right of use to BEG employees according to a license agreement.

58.     When Ms. Lemon's employment with BEG ceased, her right to access B3's property ceased contemporaneously.

59.     Defendants Lemon and Sourcewater have both accessed and, by downloading files, taken B3's property.

60.     B3 has never granted Sourcewater the right to access or possess any of its data or other property, and each and every instance of access and possession of B3's databases was and is wrongful and not authorized by B3.

61.     Defendants' possession and control of B3's property was done with the specific intent to permanently deprive B3 of the exclusive use and benefit of its property, including the databases Defendants downloaded and, on information and belief, are benefiting from by virtue of the B3 databases' superior data quality, organization and usability.

62.     B3 has been harmed by Defendants' unauthorized taking of B3's databases, and demand that the databases be returned to B3 and removed from Defendants' possession. B3 further demands that Defendants' destroy and/or return to B3 any and all databases that have been created, augmented, improved, or otherwise modified by inclusion of B3 property, including any artificial intelligence, algorithms, or other machine learning processes into which Sourcewater may have incorporated B3's proprietary database and structures for either improving Sourcewater's AI or machine learning products or data output from their AI or machine learning systems.

63.     As a result of Defendants' taking of B3's property, B3 has been damaged in an amount to be determined at trial, and ongoing possession of B3's property will continue to damage B3 in a way that cannot be compensated by money alone.

64.     Defendants' taking of B3 property was done intentionally, with knowledge that Defendants' did not have the right to access or possess B3's property.  As such, B3 will pursue exemplary damages pursuant to C.R.S. § 18-4-405.

65.     Although Defendants accessed B3's property from Texas and Arkansas, B3 resides in Colorado, many of its employees who maintain the B3 databases live and work in Colorado,

4830-4754-5592.1

and the tort of civil theft injured Colorado residents.   Accordingly, while this Court is an appropriate venue for this action, the Colorado Civil Theft statute applies.

### Count IV – Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a) & (g), *et. seq.* (All Defendants)

66.    B3 incorporates the foregoing paragraphs as though fully set forth herein.

67.    B3's password protected directories, databases, data dictionaries, and API interfaces constitute protected computers under the Computer Fraud and Abuse Act. The information contained therein is used in interstate commerce.

68.    Defendants did not have authorization to access B3's network, nor did Defendants have authorization to access and download B3 databases.  Defendant Lemons is a former employee of the BEG who knew that use of her user name and password to access the B3 data and products were contingent on her employment with BEG.

69.    Ms. Lemon's access to the B3 databases was done for Sourcewater's benefit.  Not only is Sourcewater B3's primary competitor in the market for data related to water in Texas and New Mexico, but B3's use analysis shows that someone working with Sourcewater accessed and downloaded B3's data from Houston while Ms. Lemons was in Arkansas.  This concerted use demonstrates that Sourcewater, and not merely Ms. Lemons, valued the information it took from B3 sufficiently to act in concert with Ms. Lemons to undertake unauthorized access and misappropriation of B3 data on B3's computer network.

70.    Defendants' actions show an intent to defraud B3 by secretly, and without authorization, accessing B3's databases of structured water data for Texas and New Mexico.

71.    B3 has suffered damages as a direct result of Defendants' unauthorized access to and downloading of B3's computer system and databases, respectively, in an amount that exceeds

$75,000, and which monetary damages will be unable to compensate for. Accordingly, in addition to monetary damages B3 seeks preliminary and permanent injunction relief.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands relief be entered for Plaintiff and against each Defendant ,jointly and severally, as follows:

(a) Award damages in an amount to be determined at trial, in an amount greater than $75,000 caused by Defendants' theft of valuable trade secrets, intentional interference with Plaintiff's contractual relations;

(b) Preliminary and permanent injunctions be entered against all Defendants (1) enjoining all Defendants from further access of B3 data, APIs, or other information belonging to B3, and requiring the return and/or destruction of all databases consisting of, containing, or otherwise modified by the addition to or reference to any and all B3 data taken by any Defendant or employee or officer or director of Defendant Sourcewater;

(c) Exemplary damages pursuant to the Defend Trade Secrets Act, Colorado Uniform Trade Secrets Act, Civil Theft Act, and/or Computer Fraud and Abuse Act;

(d) Reasonable attorneys fees and costs and pre and post-judgment interest; and

(e) Any further relief deemed proper by this Court.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ Donald E. Lake, III*
Donald E. Lake, III, Esq.
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Phone: (303) 861-7760

4830-4754-5592.1

Tripp.Lake@lewisbrisbois.com
*Attorneys for Plaintiff*

## **VERIFICATION**

I, Kelly Bennett, having read the Verified Complaint, certify that the information contained herein is true and correct and to the best of my knowledge, information, and belief.

Kelly Bennett, CEO
B3 Insight

Subscribed and sworn to before me this _26th_ day of August, 2021, by Kelly Bennett.

Witness my hand and official seal.

My commission expires: _07·19·2022_

> KRISTEN L. WINDLER
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20184029311
> MY COMMISSION EXPIRES 07-19-2022

Notary Public

| Date | Who | Event | IP | Location | IP Source |
|---|---|---|---|---|---|
| 6/22/2019 | | email from rob about info having drawn out came off | | | |
| 11/26/2019 | | first log entry in channelwizce.b3 insight own DB log table | | | |
| 11/6/2019 | | first log entry in data b3 insight.com DB log table | | | |
| 1/20/2021 | Casee's B3 login | accessed data.b3insight.com | 98.197.197.164 | Houston, TX | https://community.spiceworks.com/tools/ip-lookup/results?hostname=98.197.197.164 |
| | | Navigated to the 'request' page. | | | |
| | | Navigated to the 'data-dictionary' page. | | | |
| | | Downloaded the 'NewMetiproject/action/car' version '2' file from the 'direct-download' page. | | | |
| | | Navigated to 'data-dictionary' page. | | | |
| 1/22/2021 | Casee's B3 login | Accessed data.b3insight.com | 98.197.197.164 | Houston, TX | https://community.spiceworks.com/tools/ip-lookup/results?hostname=98.197.197.164 |
| | | Navigated to the 'direct-download' page. | | | |
| | | Downloaded the 'NewMetiproject/action/car' version '2' file from the 'direct-download' page. | | | |
| | | Navigated to the 'direct-download' page. | | | |
| | | Downloaded the 'NewMetiproject/action/car' version '2' file from the 'direct-download' page. | | | |
| 1/26/2021 | Casee's B3 login | Navigated to the 'direct-download' page. | 23.117.227.254 | Houston, TX | https://community.spiceworks.com/tools/ip-lookup/results?hostname=23.117.227.254 |
| | | Navigated to the 'ftp-access' page. | | | |
| | | Navigated to the 'direct-download' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-guide' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer' page. | | | |
| | | Navigated to the 'data-dictionary' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2/F18ProducerRecord' page. | | | |
| | | Downloaded the 'TexasInjectionAndDisposal' version '2' file from the 'direct-download' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2/F3Summary' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2/Productionicase' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2/InjectionWell F18Summary' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2/F18ProducerRecord' page. | | | |
| | | Navigated to the 'direct-insight-sol' page. | | | |
| | | Navigated to the 'direct-insight-sol/credentials' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-guide' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-guide' page. | | | |
| | | Navigated to the 'direct-insight-sol/credentials' page. | | | |
| | | Navigated to the 'direct-insight-sol/credentials' page. | | | |
| | | Navigated to the 'direct-insight-sol' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-guide' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2/F18ProducerRecord' page. | | | |
| | | Downloaded the 'TexasInjectionAndDisposal' version '2' file from the 'direct-download' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2/F18Summary' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-guide' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2/F18Summary' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-guide' page. | | | |
| | | Navigated to the 'direct-insight-sol/api-explorer/TexasInjectionAndDisposal/v2' page. | | | |
| | | **NOTE: DURING THIS TIME THERE WERE REQUESTS BEING MADE TO THE REST API FROM THE BEG ORGANIZATIONAL ACCOUNT USING THE SAME IP ADDRESS** | | | |
| 2/8/2021 | Casee's B2 login | Navigated to the 'direct-download' page. | 98.197.197.164 | Houston, TX | https://community.spiceworks.com/tools/ip-lookup/results?hostname=98.197.197.164 |
| 3/11/2021 | Unknown | Various calls to the REST API from BEG org account | 129.116.232.125 | Austin, TX | https://community.spiceworks.com/tools/ip-lookup/results?hostname=129.116.232.125 |
| 3/12/2021 | | Various calls to the REST API from BEG org account | | | |
| 3/29/2021 | | Various calls to the REST API from BEG org account | | | |
| 3/14/2021 | | Various calls to the REST API from BEG org account | | | |
| 3/15/2021 | | Various calls to the REST API from BEG org account | | | |
| 3/22/2021 | | Various calls to the REST API from BEG org account | | | |
| 4/6/2021 | | Various calls to the REST API from BEG org account | | | |
| 4/28/2021 – 7/7/2021 | Unknown | Automated data collection processes downloading Texas Injection Well data | 129.116.232.125 | Austin, TX | https://community.spiceworks.com/tools/ip-lookup/results?hostname=129.116.232.125 |
| 7/7/2021 | Casee's B3 login | Navigated to the 'direct-download' page. | 99.95.125.176 (only loaded homepage from this IP); 76.31.253.167 (used 70 minutes after 99.95.125.176) | Maumelle, AR; Magnolia, TX | https://community.spiceworks.com/tools/ip-lookup/results?hostname=99.95.125.176; https://community.spiceworks.com/tools/ip-lookup/results?hostname=76.31.253.167 |
| | | Navigated to the 'sol-viewer' page. | | | |
| | | Navigated to the 'ftp-access' page. | | | |
| | | Navigated to the 'data-dictionary' page. | | | |
| | | Navigated to the 'direct-download' page. | | | |
| | | Navigated to the 'ftp-access' page. | | | |
| | | Navigated to the 'sol-access' page. | | | |
| | | Navigated to the 'direct-download' page. | | | |
| | | Downloaded the zip file for the data feed 'DirectInsightData' database 'TexasInjectionAndDisposal' v2. | | | |
| | | Navigated to the 'data-dictionary/15' page. (Wells Texas Injection Wells (Version 2)) | | | |
| | | Navigated to the 'data-dictionary/15IV' page. (this is H18ReportNewRecord) | | | |
| | | Navigated to the 'data-dictionary' page. | | | |
| | | Downloaded the zip file for the data feed 'DirectInsightData' database 'TexasInjectionAndDisposal' v2. | | | |
| 7/30/2021 | | Stats saw casee.lemons@beg.utexas.edu usage in our log tables and started it. | | | |
| | | (If disabled casee.lemons@beg.utexas.edu by removing username for casee.lemons@beg.utexas.edu/created) | | | |



**EXHIBIT
"A"**